IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-542-FL

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
   v. )
)
SIDBURY PERSONAL PROPERTY, )
SPECIFICALLY DESCRIBED AS: )
)
$8,747.07 SEIZED FROM BRANCH )
BANKING AND TRUST, ACCOUNT )
NUMBER 0005102492457; )
)
$69,927.75 SEIZED FROM BRANCH )
BANKING AND TRUST, ACCOUNT )
NUMBER 0005591135432; )
)
$13,586.58 SEIZED FROM WELLS )
FARGO BANK, ACCOUNT NUMBER )
3000195353290; )
)
$12,979.91 SEIZED FROM WELLS )
FARGO BANK, ACCOUNT NUMBER )
1000004238806; )
)
          Defendants. )

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 20 day of April, 2018.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina