IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                              WESTERN DIVISION
                           NO.  5:15-CV-542-FL


UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,            )
                                   )
         v.                        )
                                   )
SIDBURY PERSONAL PROPERTY,         )
SPECIFICALLY DESCRIBED AS:         )
                                   )
$8,747.07 SEIZED FROM BRANCH       )
BANKING AND TRUST, ACCOUNT         )
NUMBER 0005102492457;              )
                                   )
$69,927.75 SEIZED FROM BRANCH      )
BANKING AND TRUST, ACCOUNT         )
NUMBER 0005591135432;              )
                                   )
$13,586.58 SEIZED FROM WELLS       )
FARGO BANK, ACCOUNT NUMBER         )
3000195353290;                     )
                                   )
$12,979.91 SEIZED FROM WELLS       )
FARGO BANK, ACCOUNT NUMBER         )
1000004238806;                     )
                                   )
              Defendants.          )

---

## DEFAULT JUDGMENT
_____

   This matter is before the Court on Plaintiff's Motion for

Default Judgment.  It appearing that a copy of the Complaint

herein was served upon the defendants, in accordance with

1

Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Marshal's Service pursuant to said process;

2. On November 25, 2015, John B. Sidbury, by and through his counsel of record, filed a Claim in this civil forfeiture action. Subsequently, on March 21, 2018, John B. Sidbury withdrew his claim.

3. No other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. On April 20, 2018, this Court entered Default in this action at Docket Entry #20;

5. The U. S. Marshal's Service is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 16th day of May, 2018.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE